May 27, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: J. Barker

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>JUSTIN NATHANIEL COOPER<br>Defendant | <u>INDICTMENT</u> **7:26-cr-076**<br><br>COUNT 1: 21 U.S.C. § 841(a)(1) - Controlled Substances – Possession with Intent to Distribute |

**THE GRAND JURY CHARGES:**

**<u>COUNT ONE</u>**
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)]**

On or about May 12, 2026, in the Western District of Texas, Defendant,

**JUSTIN NATHANIEL COOPER,**

unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

Original Signed by the
Foreperson of the Grand Jury

JUSTIN R. SIMMONS
United States Attorney

By: ______________ for
Jacob R. Parker OBA#32848
Assistant United States Attorney